**Ashley R. Cadotte, OSB #122926**
ashley@ashleycadottelaw.com
2905 NE Broadway Street
Portland, Oregon 97232
Telephone: (971) 804-0898

**Sean J. Riddell, OSB #013943**
sjr@seanjriddellpc.com
2905 NE Broadway Street
Portland, Oregon 97232
Telephone: (971) 219-8453
**Of Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Portland Division**

| | |
|---|---|
| NATHANIEL DAVIS JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:24-cv-00455-AB<br><br>DECLARATION OF NATHANIEL DAVIS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

I, Nathaniel Davis, do hereby depose and say:

1. I am the plaintiff in the above-entitled matter.

2. On or about January 10, 2024, I called the Forest Grove Safeway and asked if I could return an overpriced item that was delivered by Instacart. The Safeway employee I spoke to informed me that I could return the overpriced item. The Safeway employee directed me to bring my identification, the items I wish to return, and the Instacart receipt to the store to process the refund.

DECLARATION OF NATHANIEL DAVIS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1

3.   On January 11, 2024, at the Forest Grove Safeway store I was denied service by two employees of Safeway. I believe the two employees denied me service because of my race.

4.   The January 11, 2024, interaction occurred in front of multiple people, including some of my professional colleagues and students. I was extremely concerned that Safeway was going to call the police. I called my wife to advise her of what was going on and that I feared I was about to be arrested.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 12th day of November 2025.

/s/ Nathaniel Davis
Nathaniel Davis

DECLARATION OF NATHANIEL DAVIS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2